UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TERREZ M. YOUNG, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) No. 4:24-cv-00203-SEP ) |
| GOVERNMENT NATIONAL MORTGAGE ASSOCIATION, et al., | ) ) ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court upon review of the file. On August 20, 2025, the Court ordered Plaintiffs to show cause within 14 days why this action should not be dismissed for lack of timely service. *See* Doc. [8]. Plaintiffs' response was due by September 3, 2025.

To date, Plaintiffs have neither responded to the Court's Order nor sought additional time to do so. The Court therefore dismisses this action without prejudice due to Plaintiffs' failures to timely serve Defendants pursuant to Rule 4(m), to comply with the Court's August 20, 2025, Order, and to prosecute their case. *See* Fed. R. Civ. P. 4(m), 41(b); *see also Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962) (authority of court to dismiss *sua sponte* for lack of prosecution is inherent power governed "by the control necessarily vested in courts to manage their own affairs so as to achieve the orderly and expeditious disposition of cases").

Accordingly,

**IT IS HEREBY ORDERED** that this case is **DISMISSED** without prejudice. A separate order of dismissal will be entered herewith.

Dated this 10th day of September, 2025.

_____
SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE